*Solicitor General Reed* for petitioner. *Messrs Henry Hixon Meyer, Edward C. Thayer, John L. Hall,* and *Claude R. Branch* for respondents.

No. 374. TICONIC NATIONAL BANK ET AL. *v.* SPRAGUE ET AL. October 18, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted, limited to the question as to the allowance of interest. *Messrs. George P. Barse, F. Harold Dubord,* and *Trevor V. Roberts* for petitioners. *Mr. Harvey D. Eaton* for respondents.

No. 387. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* BANKLINE OIL Co.; and

No. 388. BANKLINE OIL Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 25, 1937. Petitions for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Reed* for the Commissioner. *Mr. A. L. Weil* for the Bankline Oil Co. Reported below: 90 F. (2d) 899.

No. 397. DUKE POWER Co. ET AL. *v.* GREENWOOD COUNTY ET AL. October 25, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. Newton D. Baker, W. S. O'B. Robinson, Jr., R. T. Jackson, W. R. Perkins, H. J. Haynesworth, J. H. Marion,* and *W. B. McGuire, Jr.,* for petitioners. *Solicitor General Reed* for respondent Ickes. *Messrs. W. H. Nicholson* and *D. W. Robinson, Jr.,* for respondents Greenwood County and its Finance Board.